# NOTICE OF APPEAL TO A COURT OF APPEALS
# FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

## United States District Court for the Western District of Wisconsin

| | |
|---|---|
| KENNETH HEITING and ARDYCE HEITING,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 19-cv-224<br>**Notice of Appeal** |

    Notice is hereby given that Kenneth Heiting and Ardyce Heiting, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered against them in this action on the 23rd day of January, 2020. (Dkt. Nos. 28 and 29.)

Dated: February 24, 2020          Respectfully submitted,

                                           */s/ Jared R. Cloud*

                                           Jared R. Cloud (Counsel of Record for Appeal)
                                           David A. Baker
                                           Andrew R. Roberson
                                           Hallie Ritzu
                                           MCDERMOTT WILL & EMERY LLP
                                           444 West Lake Street
                                           Chicago, Illinois 60606
                                           (312) 372-2000 (phone)
                                           (312) 984-7700 (facsimile)
                                           jcloud@mwe.com
                                           dbaker@mwe.com
                                           aroberson@mwe.com
                                           hritzu@mwe.com

                                           ATTORNEYS FOR PLAINTIFFS KENNETH HEITING AND ARDYCE HEITING

1

DM_US 165909190-2.026073.0172

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on February 24, 2020, I caused a copy of the foregoing document to be filed electronically with the Clerk of the Court for the United States District Court for the Western District of Wisconsin, by the CM/ECF system and served a copy of the foregoing document upon all counsel of record via ECF Notice of Electronic Filing.

*/s/ Jared R. Cloud*